**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin L. Ricketts                                CHAPTER 13
       Elizabeth Ricketts aka Elizabeth Garner
           Debtor(s)                                     BKY. NO. 26-10022 DJB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Matthew Fissel*
                                         Matthew Fissel
                                         16 Jan 2026, 11:05:39, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322