# Earnings Statement

**RICKETTS, KEVIN**

| | |
|---|---|
| Pay Date: 11/14/2025 | Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC |
| Period Start: 10/27/2025 | 720 HYLTON ROAD |
| Period End: 11/09/2025 | PENNSAUKEN  NJ  08110 |

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 19.00 | 80.00 | 1520.00 | 31430.75 |
| Overtime | 28.50 | 21.50 | 612.75 | 12340.54 |
| Holiday Plus | 19.00 | 0.00 | 0.00 | 152.00 |
| Paid Time Off | 19.00 | 0.00 | 0.00 | 456.00 |
| Vacation | 19.00 | 0.00 | 0.00 | 3496.00 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | 19.00 | 0.00 | 0.00 | 760.00 |
| **Gross Pay** | | **101.50** | **2132.75** | **49635.29** |

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S/0) | 206.98 | 5036.15 |
| Medicare | 30.92 | 719.71 |
| Social Security | 132.23 | 3077.39 |
| New Jersey State W/H(S/0) | 0.00 | 0.00 |
| Penn. State W/H(S/0) | 65.48 | 1523.81 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | 79.76 | 1859.01 |
| New Jersey EE Disability Insurance | 4.91 | 114.16 |
| New Jersey EE Family Leave Ins | 7.04 | 163.78 |
| New Jersey EE SUI/WF/SWF | 0.00 | 184.04 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401K % | 85.31 | 1985.45 |
| 401K loan 1 | 45.10 | 1037.30 |
| Medical Waiver | -50.00 | -1150.00 |

| | Current Period | Year To Date | |
|---|---|---|---|
| **Net Pay** | **1525.02** | **35084.49** | Voucher No. 710371031DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 1525.02 | 35084.49 | A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 42.66 | 992.74 | *Company Match | |
| Life and ADD ER MEMO * | 1.57 | 36.11 | *Memo Only | |
| Long Term ER MEMO * | 4.26 | 97.98 | *Memo Only | |
| Bereavement (Hours) ** | | 40.00 | 0.00 | 40.00 |
| Holiday Plus (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Jury Duty (Hours) ** | | 24.00 | 8.00 | 16.00 |
| PTO (Hours) | 0.00 | 44.22 | 24.00 | 20.22 |
| Vacation (Hours) ** | | 176.00 | 88.00 | 88.00 |

**Accruals balances are accurate as of processing 11/12/2025 10:49 am

# Earnings Statement

**RICKETTS, KEVIN**

| | |
|---|---|
| Pay Date: 11/28/2025 | Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC |
| Period Start: 11/10/2025 | 720 HYLTON ROAD |
| Period End: 11/23/2025 | PENNSAUKEN NJ 08110 |

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.00 | 78.00 | 1482.00 | 32912.75 |
| Overtime | 28.50 | 8.50 | 242.25 | 12582.79 |
| Holiday Plus | 19.00 | 0.00 | 0.00 | 152.00 |
| Jury Duty | 19.00 | 8.00 | 152.00 | 152.00 |
| Paid Time Off | 19.00 | 0.00 | 0.00 | 456.00 |
| Vacation | 19.00 | 0.00 | 0.00 | 3496.00 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | 19.00 | 0.00 | 0.00 | 760.00 |
| **Gross Pay** | | 94.50 | 1876.25 | 51511.54 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 177.43 | 5213.58 |
| Medicare | | | 27.21 | 746.92 |
| Social Security | | | 116.33 | 3193.72 |
| New Jersey State W/H(S/0) | | | 0.00 | 0.00 |
| Penn. State W/H(S/0) | | | 57.60 | 1581.41 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 70.17 | 1929.18 |
| New Jersey EE Disability Insurance | | | 4.32 | 118.48 |
| New Jersey EE Family Leave Ins | | | 6.19 | 169.97 |
| New Jersey EE SUI/WF/SWF | | | 0.00 | 184.04 |
| **Deductions** | | | | |
| 401K % | | | 75.05 | 2060.50 |
| 401K loan 1 | | | 45.10 | 1082.40 |
| Medical Waiver | | | -50.00 | -1200.00 |
| **Net Pay** | | | 1346.85 | 36431.34 Voucher No. 714419917DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1346.85 | 36431.34 A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 37.53 | 1030.27 *Company Match | | |
| Life and ADD ER MEMO * | 1.57 | 37.68 *Memo Only | | |
| Long Term ER Memo * | 4.26 | 102.24 *Memo Only | | |
| Bereavement (Hours) ** | | 40.00 | 0.00 | 40.00 |
| Holiday Plus (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Jury Duty (Hours) ** | | 24.00 | 8.00 | 16.00 |
| PTO (Hours) | 0.00 | 44.22 | 24.00 | 20.22 |
| Vacation (Hours) ** | | 176.00 | 88.00 | 88.00 |

**Accruals balances are accurate as of processing 11/25/2025 10:48 am

# Earnings Statement

RICKETTS, KEVIN

| | |
|---|---|
| Pay Date: 12/12/2025 | Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC |
| Period Start: 11/24/2025 | 720 HYLTON ROAD |
| Period End: 12/07/2025 | PENNSAUKEN NJ 08110  (856) 406-1200 |

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.00 | 56.25 | 1068.75 | 33981.50 |
| Overtime | 28.50 | 3.75 | 106.88 | 12689.67 |
| Holiday Plus | 19.00 | 0.00 | 0.00 | 152.00 |
| Jury Duty | 19.00 | 0.00 | 0.00 | 152.00 |
| Paid Time Off | 19.00 | 0.00 | 0.00 | 456.00 |
| Vacation | 19.00 | 16.00 | 304.00 | 3800.00 |
| Bonus | | | 0.00 | 1000.00 |
| Holiday | 19.00 | 8.00 | 152.00 | 912.00 |
| **Gross Pay** | | 84.00 | 1631.63 | 53143.17 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 149.25 | 5362.83 |
| Medicare | | | 23.66 | 770.58 |
| Social Security | | | 101.16 | 3294.88 |
| New Jersey State W/H(S/0) | | | 0.00 | 0.00 |
| Penn. State W/H(S/0) | | | 50.09 | 1631.50 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 61.02 | 1990.20 |
| New Jersey EE Disability Insurance | | | 3.75 | 122.23 |
| New Jersey EE Family Leave Ins | | | 5.38 | 175.35 |
| New Jersey EE SUI/WF/SWF | | | 0.00 | 184.04 |
| **Deductions** | | | | |
| 401K % | | | 65.27 | 2125.77 |
| 401K loan 1 | | | 45.10 | 1127.50 |
| Medical Waiver | | | -50.00 | -1250.00 |
| **Net Pay** | | | 1176.95 | 37608.29  Voucher No. 718713694DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1176.95 | 37608.29  A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 32.63 | 1062.90 *Company Match | | |
| Life and ADD ER MEMO * | 1.57 | 39.25 *Memo Only | | |
| Long Term ER MEMO * | 4.26 | 106.50 *Memo Only | | |
| Bereavement (Hours) ** | | 40.00 | 0.00 | 40.00 |
| Holiday Plus (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Jury Duty (Hours) ** | | 24.00 | 8.00 | 16.00 |
| PTO (Hours) | 0.00 | 44.22 | 24.00 | 20.22 |
| Vacation (Hours) ** | | 176.00 | 104.00 | 72.00 |

**Accruals balances are accurate as of processing 12/10/2025 10:38 am

# Earnings Statement

**RICKETTS, KEVIN**

| | |
|---|---|
| Pay Date: 12/26/2025 | Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC |
| Period Start: 12/08/2025 | 720 HYLTON ROAD |
| Period End: 12/21/2025 | PENNSAUKEN  NJ  08110   (856) 406-1200 |

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.00 | 0.00 | 0.00 | 35216.50 |
| Overtime | 28.50 | 0.00 | 0.00 | 12775.17 |
| Holiday Plus | 19.00 | 0.00 | 0.00 | 152.00 |
| Jury Duty | 19.00 | 0.00 | 0.00 | 152.00 |
| Paid Time Off | 19.00 | 0.00 | 0.00 | 456.00 |
| Vacation | 19.00 | 0.00 | 0.00 | 4104.00 |
| Bonus | | | 225.00 | 1225.00 |
| Holiday | 19.00 | 0.00 | 0.00 | 912.00 |
| **Gross Pay** | | | **225.00** | **54992.67** |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 0.00 | 5511.26 |
| Medicare | | | 3.26 | 797.40 |
| Social Security | | | 13.95 | 3409.55 |
| New Jersey State W/H(S/0) | | | 0.00 | 0.00 |
| Penn. State W/H(S/0) | | | 6.91 | 1688.28 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 8.42 | 2059.38 |
| New Jersey EE Disability Insurance | | | 0.52 | 126.49 |
| New Jersey EE Family Leave Ins | | | 0.74 | 181.45 |
| New Jersey EE SUI/WF/SWF | | | 0.00 | 184.04 |
| **Deductions** | | | | |
| 401K % | | | 9.00 | 2199.75 |
| 401K loan 1 | | | 0.00 | 1172.60 |
| Medical Waiver | | | 0.00 | -1300.00 |
| **Net Pay** | | | **182.20** | **38962.47** Voucher No. 723052412DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 182.20 | 38962.47 A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 4.50 | 1099.89 *Company Match | | |
| Bereavement (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Holiday Plus (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Jury Duty (Hours) ** | | 0.00 | 0.00 | 0.00 |
| PTO (Hours) | 0.00 | 0.00 | 0.00 | 0.00 |
| Vacation (Hours) ** | | 0.00 | 0.00 | 0.00 |
| Life and ADD ER MEMO | 0.00 | 40.82 *Memo Only | | |
| Long Term ER Memo | 0.00 | 110.76 *Memo Only | | |

**Accruals balances are accurate as of processing 12/23/2025 10:46 am

# Earnings Statement

RICKETTS, KEVIN

| | |
|---|---|
| Pay Date: | 12/26/2025 |
| Period Start: | 12/08/2025 |
| Period End: | 12/21/2025 |

Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC
720 HYLTON ROAD
PENNSAUKEN  NJ  08110    (856) 406-1200

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.00 | 65.00 | 1235.00 | 35216.50 |
| Overtime | 28.50 | 3.00 | 85.50 | 12775.17 |
| Holiday Plus | 19.00 | 0.00 | 0.00 | 152.00 |
| Jury Duty | 19.00 | 0.00 | 0.00 | 152.00 |
| Paid Time Off | 19.00 | 0.00 | 0.00 | 456.00 |
| Vacation | 19.00 | 16.00 | 304.00 | 4104.00 |
| Bonus | | | 0.00 | 1225.00 |
| Holiday | 19.00 | 0.00 | 0.00 | 912.00 |
| **Gross Pay** | | **84.00** | **1624.50** | **54992.67** |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 148.43 | 5511.26 |
| Medicare | | | 23.56 | 797.40 |
| Social Security | | | 100.72 | 3409.55 |
| New Jersey State W/H(S/0) | | | 0.00 | 0.00 |
| Penn. State W/H(S/0) | | | 49.87 | 1688.28 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 60.76 | 2059.38 |
| New Jersey EE Disability Insurance | | | 3.74 | 126.49 |
| New Jersey EE Family Leave Ins | | | 5.36 | 181.45 |
| New Jersey EE SUI/WF/SWF | | | 0.00 | 184.04 |
| **Deductions** | | | | |
| 401K % | | | 64.98 | 2199.75 |
| 401K loan 1 | | | 45.10 | 1172.60 |
| Medical Waiver | | | -50.00 | -1300.00 |
| **Net Pay** | | | **1171.98** | **38962.47** Voucher No. 723052411DD |

**Net Pay Distribution**

| | | |
|---|---|---|
| Direct Deposit Net Check | 1171.98 | 38962.47 A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 32.49 | 1099.89 *Company Match | | |
| Life and ADD ER MEMO * | 1.57 | 40.82 *Memo Only | | |
| Long Term ER MEMO * | 4.26 | 110.76 *Memo Only | | |
| Bereavement (Hours) ** | | 40.00 | 0.00 | 40.00 |
| Holiday Plus (Hours) ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty (Hours) ** | | 24.00 | 8.00 | 16.00 |
| PTO (Hours) | 0.00 | 44.22 | 24.00 | 20.22 |
| Vacation (Hours) ** | | 176.00 | 120.00 | 56.00 |

**Accruals balances are accurate as of processing 12/23/2025 10:46 am

# Earnings Statement

**RICKETTS, KEVIN**

| | |
|---|---|
| Pay Date: 01/09/2026 | Company: 0LZ53 - AMERICAN FURNITURE RENTALS INC |
| Period Start: 12/22/2025 | 720 HYLTON ROAD |
| Period End: 01/04/2026 | PENNSAUKEN NJ 08110  (856) 406-1200 |

Emp #: A277
Dept: OPERATIONS - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 19.00 | 16.00 | 304.00 | 304.00 |
| Holiday Plus | 19.00 | 8.00 | 152.00 | 152.00 |
| Vacation | 19.00 | 40.00 | 760.00 | 760.00 |
| Holiday | 19.00 | 16.00 | 304.00 | 304.00 |
| **Gross Pay** | | 80.00 | 1520.00 | 1520.00 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 130.95 | 130.95 |
| Medicare | | | 22.04 | 22.04 |
| Social Security | | | 94.24 | 94.24 |
| New Jersey State W/H(S/0) | | | 0.00 | 0.00 |
| Penn. State W/H(S/0) | | | 46.66 | 46.66 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 56.85 | 56.85 |
| New Jersey EE Disability Insurance | | | 2.89 | 2.89 |
| New Jersey EE Family Leave Ins | | | 3.50 | 3.50 |
| New Jersey EE SUI/WF/SWF | | | 6.46 | 6.46 |
| **Deductions** | | | | |
| 401K % | | | 60.80 | 60.80 |
| 401K loan 1 | | | 45.10 | 45.10 |
| Medical Waiver | | | -50.00 | -50.00 |
| **Net Pay** | | | 1100.51 | 1100.51 Voucher No. 727032433DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1100.51 | 1100.51 A/C:9601 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 30.40 | 30.40 *Company Match | | |
| Life and ADD ER MEMO * | 1.57 | 1.57 *Memo Only | | |
| Long Term ER Memo * | 4.26 | 4.26 *Memo Only | | |
| Bereavement (Hours) ** | | 40.00 | 0.00 | 40.00 |
| Holiday Plus (Hours) ** | | 8.00 | 8.00 | 0.00 |
| Jury Duty (Hours) ** | | 24.00 | 8.00 | 16.00 |
| PTO (Hours) | 0.00 | 44.22 | 24.00 | 20.22 |
| Vacation (Hours) ** | | 176.00 | 160.00 | 16.00 |

**Accruals balances are accurate as of processing 01/7/2026 10:47 am