| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
| --- | --- | --- | --- | --- |
| 2013 Ridge Avenue | Pay Begin Date: | 10/31/2025 | Advice #: | 000000001747345 |
| Philadelphia, PA 19121 | Pay End Date: | 11/06/2025 | Advice Date: | 11/14/2025 |

| | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- |
| Elizabeth Garner-Ricketts | Employee ID: 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 1,548.13 | 1,096.25 | 47,967.86 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 |
| Paid Holiday Salaried | | | 0.00 | 71.75 | 3,134.70 |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 |
| Vacation Pay Salaried | | | 0.00 | 154.50 | 6,760.80 |
| **TOTAL:** | | 0.00 | 1,548.13 | 1,629.75 | 72,992.71 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 163.11 | 7,914.55 |
| Fed MED/EE | 21.23 | 1,003.04 |
| Fed OASDI/EE | 90.77 | 4,288.85 |
| PA Unempl EE | 1.02 | 48.20 |
| PA Withholdng | 44.73 | 2,113.88 |
| City Wage Tax | 58.16 | 2,746.04 |
| **TOTAL:** | 379.02 | 18,114.56 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| HMO5W EE + Partner | 48.24 | 2,169.44 |
| Dental - Family | 2.02 | 89.72 |
| Vision VBA - Family | 0.07 | 3.22 |
| Life AD/D for NR | 0.66 | 29.91 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,458.66 |
| AFLAC - Accident Level 2 | 8.37 | 385.02 |
| Defined Contribution Plan | 85.15 | 3,878.31 |
| **TOTAL:** | 176.22 | 8,014.28 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Voluntary Term Life Emps | 16.62 | 764.52 |
| Voluntary Term Life Spouse | 16.62 | 764.52 |
| Defined Contri Loan8 Repayment | 214.74 | 9,878.04 |
| **TOTAL:** | 247.98 | 11,407.08 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |
| YTD | 72,992.71 | 65,296.73 | 18,114.56 | 19,421.36 | 35,456.79 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
| --- | --- | --- | --- | --- | --- |
| Sick | 48.50 | | | 48.50 | |
| Manager | 414.25 | | | 414.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
| --- | --- |
| Advice #000000001747345 | 744.91 |
| **TOTAL:** | **$744.91** |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 11/14/2025

Advice No. 1747345

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
| --- | --- |
| Checking | $75.00 |
| Checking | $669.91 |
| **Total:** | **$744.91** |

Deposit Amount: $744.91

To The Account(s) Of
ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority<br>2013 Ridge Avenue<br>Philadelphia, PA 19121 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 13-NR Exempt<br>11/07/2025<br>11/13/2025 | Business Unit:<br>Advice #:<br>Advice Date: | PHA<br>000000001748457<br>11/21/2025 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts<br>7336 NORTH 19TH STREET<br>PHILADELPHIA, PA 19126 | Employee ID: 030699<br>Department: 601601-Customer Response Center<br>Location: Customer Response Center<br>Job Title: Mgr - Customer Response Center<br>Pay Rate: $80,502.79 Annually | | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>1<br>N/A | N/A |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 1,548.13 | 1,117.25 | 48,896.73 |
| Regular | 44.232300 | -14.00 | -619.26 | | 0.00 |
| Holiday_SL | 44.232300 | 7.00 | 309.63 | 78.75 | 3,444.33 |
| Vacatn_SL | 44.232300 | 7.00 | 309.63 | 161.50 | 7,070.43 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 |
| **TOTAL:** | | **0.00** | **1,548.13** | **1,664.75** | **74,540.84** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 163.11 | 8,077.66 |
| Fed MED/EE | 21.23 | 1,024.27 |
| Fed OASDI/EE | 90.78 | 4,379.63 |
| PA Unempl EE | 1.02 | 49.22 |
| PA Withholding | 44.73 | 2,158.61 |
| City Wage Tax | 58.16 | 2,804.20 |
| **TOTAL:** | **379.03** | **18,493.59** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO5W EE + Partner | 48.24 | 2,217.68 |
| Dental - Family | 2.02 | 91.74 |
| Vision VBA - Family | 0.07 | 3.29 |
| Life AD/D for NR | 0.66 | 30.57 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,490.37 |
| AFLAC - Accident Level 2 | 8.37 | 393.39 |
| Defined Contribution Plan | 85.15 | 3,963.46 |
| **TOTAL:** | **176.22** | **8,190.50** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 781.14 |
| Voluntary Term Life Spouse | 16.62 | 781.14 |
| Defined Contri Loan8 Repayment | 214.74 | 10,092.78 |
| **TOTAL:** | **247.98** | **11,655.06** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.03 | 424.20 | 744.90 |
| YTD | 74,540.84 | 66,675.69 | 18,493.59 | 19,845.56 | 36,201.69 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 48.50 | 8.75 | | 57.25 | |
| Manager | 414.25 | | 7.00 | 407.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001748457 | 744.90 |
| **TOTAL:** | **$744.90** |

**MESSAGE:**

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date
11/21/2025

Advice No.
1748457

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $669.90 |
| **Total:** | **$744.90** |

Deposit Amount:  $744.90

To The
Account(s) Of   ELIZABETH GARNER-RICKETTS
                7336 NORTH 19TH STREET
                PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 11/14/2025 | Advice #: | 000000001749570 |
| Philadelphia, PA 19121 | Pay End Date: | 11/20/2025 | Advice Date: | 11/26/2025 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,548.13 | 1,152.25 | 50,444.86 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 |
| Paid Holiday Salaried | | | 0.00 | 78.75 | 3,444.33 |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 |
| Vacation Pay Salaried | | | 0.00 | 161.50 | 7,070.43 |
| TOTAL: | | 0.00 | 1,548.13 | 1,699.75 | 76,088.97 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 163.11 | 8,240.77 |
| Fed MED/EE | 21.23 | 1,045.50 |
| Fed OASDI/EE | 90.77 | 4,470.40 |
| PA Unempl EE | 1.02 | 50.24 |
| PA Withholding | 44.73 | 2,203.34 |
| City Wage Tax | 58.16 | 2,862.36 |
| TOTAL: | 379.02 | 18,872.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO5W EE + Partner | 48.24 | 2,265.92 |
| Dental - Family | 2.02 | 93.76 |
| Vision VBA - Family | 0.07 | 3.36 |
| Life AD/D for NR | 0.66 | 31.23 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,522.08 |
| AFLAC - Accident Level 2 | 8.37 | 401.76 |
| Defined Contribution Plan | 85.15 | 4,048.61 |
| TOTAL: | 176.22 | 8,366.72 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 797.76 |
| Voluntary Term Life Spouse | 16.62 | 797.76 |
| Defined Contri Loan8 Repayment | 214.74 | 10,307.52 |
| TOTAL: | 247.98 | 11,903.04 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |
| YTD | 76,088.97 | 68,054.65 | 18,872.61 | 20,269.76 | 36,946.60 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 57.25 | | | 57.25 | |
| Manager | 407.25 | | | 407.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001749570 | 744.91 |
| TOTAL: | $744.91 |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 11/26/2025

Advice No. 1749570

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $669.91 |
| Total: | $744.91 |

Deposit Amount:    $744.91

To The
Account(s) Of    ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
| --- | --- | --- | --- | --- |
| 2013 Ridge Avenue | Pay Begin Date: | 11/21/2025 | Advice #: | 000000001750664 |
| Philadelphia, PA 19121 | Pay End Date: | 11/27/2025 | Advice Date: | 12/05/2025 |

| | | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
| --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | | | 1,548.13 | 1,166.25 | 51,064.11 |
| Regular | 44.232300 | -21.00 | -928.88 | | 0.00 |
| Holiday_SL | 44.232300 | 7.00 | 309.63 | 85.75 | 3,753.96 |
| Vacatn_SL | 44.232300 | 14.00 | 619.25 | 175.50 | 7,689.68 |
| Excess Vacation to Cash | | 0.00 | | 21.50 | 921.06 |
| Funeral Leave | | 0.00 | | 7.00 | 309.63 |
| Administrative Leave With Pay | | 0.00 | | 17.25 | 738.99 |
| Onetime Bonus Eligible Staff | | 0.00 | | | 1,559.38 |
| Personal Adjustment | | 0.00 | | -1.75 | -77.41 |
| Personal Day Salaried | | 0.00 | | 15.75 | 684.48 |
| Regular - Other Retro Pay | | 0.00 | | | 29.24 |
| Sick Pay Salaried | | 0.00 | | 247.50 | 10,886.57 |
| **TOTAL:** | | **0.00** | **1,548.13** | **1,734.75** | **77,637.10** |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 163.11 | 8,403.88 |
| Fed MED/EE | 21.23 | 1,066.73 |
| Fed OASDI/EE | 90.78 | 4,561.18 |
| PA Unempl EE | 1.02 | 51.26 |
| PA Withholding | 44.73 | 2,248.07 |
| City Wage Tax | 58.16 | 2,920.52 |
| **TOTAL:** | **379.03** | **19,251.64** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| HMO5W EE + Partner | 48.24 | 2,314.16 |
| Dental - Family | 2.02 | 95.78 |
| Vision VBA - Family | 0.07 | 3.43 |
| Life AD/D for NR | 0.66 | 31.89 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,553.79 |
| AFLAC - Accident Level 2 | 8.37 | 410.13 |
| Defined Contribution Plan | 85.15 | 4,133.76 |
| **TOTAL:** | **176.22** | **8,542.94** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Voluntary Term Life Emps | 16.62 | 814.38 |
| Voluntary Term Life Spouse | 16.62 | 814.38 |
| Defined Contri Loan8 Repayment | 214.74 | 10,522.26 |
| **TOTAL:** | **247.98** | **12,151.02** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,548.13 | 1,378.96 | 379.03 | 424.20 | 744.90 |
| YTD | 77,637.10 | 69,433.61 | 19,251.64 | 20,693.96 | 37,691.50 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
| --- | --- | --- | --- | --- | --- |
| Sick | 57.25 | | | 57.25 | |
| Manager | 407.25 | | 14.00 | 393.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

| NET PAY DISTRIBUTION | |
| --- | --- |
| Advice #000000001750664 | 744.90 |
| **TOTAL:** | **$744.90** |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 12/05/2025

Advice No. 1750664

| DIRECT DEPOSIT DISTRIBUTION | |
| --- | --- |
| Account Type | Deposit Amount |
| Checking | $75.00 |
| Checking | $669.90 |
| Total: | $744.90 |

Deposit Amount: $744.90

To The
Account(s) Of

ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 11/28/2025 | Advice #: | 000000001751892 |
| Philadelphia, PA 19121 | Pay End Date: | 12/04/2025 | Advice Date: | 12/12/2025 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Onetm Pay | | | 3,220.11 | | 3,220.11 |
| Excess Vacation to Cash | | 0.00 | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | 0.00 | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | 0.00 | 0.00 | 17.25 | 738.99 |
| Paid Holiday Salaried | | 0.00 | 0.00 | 85.75 | 3,753.96 |
| Onetime Bonus Eligible Staff | | 0.00 | 0.00 | | 1,559.38 |
| Personal Adjustment | | 0.00 | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | 0.00 | 0.00 | 15.75 | 684.48 |
| Regular Pay | | 0.00 | 0.00 | 1,193.25 | 52,258.38 |
| Regular - Other Retro Pay | | 0.00 | | | 29.24 |
| Sick Pay Salaried | | 0.00 | 0.00 | 247.50 | 10,886.57 |
| Vacation Pay Salaried | | 0.00 | 0.00 | 183.50 | 8,043.54 |
| **TOTAL:** | | **0.00** | **3,220.11** | **1,769.75** | **82,405.34** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 708.42 | 9,275.41 |
| Fed MED/EE | 46.69 | 1,134.65 |
| Fed OASDI/EE | 199.65 | 4,851.60 |
| PA Unempl EE | 2.25 | 54.53 |
| PA Withholding | 98.86 | 2,391.66 |
| City Wage Tax | 120.43 | 3,099.11 |
| **TOTAL:** | **1,176.30** | **20,806.96** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Defined Contribution Plan | 0.00 | 4,218.91 |
| AFLAC - Accident Level 2 | 0.00 | 418.50 |
| AFLAC Hosp.Low Opt 1500 | 0.00 | 1,585.50 |
| Life AD/D for NR | 0.00 | 32.55 |
| Vision VBA - Family | 0.00 | 3.50 |
| Dental - Family | 0.00 | 97.80 |
| HMOSW EE + Partner | 0.00 | 2,362.40 |
| **TOTAL:** | **0.00** | **8,719.16** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Defined Contri Loan8 Repayment | 0.00 | 10,737.00 |
| Voluntary Term Life Spouse | 0.00 | 831.00 |
| Voluntary Term Life Emps | 0.00 | 831.00 |
| **TOTAL:** | **0.00** | **12,399.00** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,220.11 | 3,220.11 | 1,176.30 | 0.00 | 2,043.81 |
| YTD | 82,405.34 | 74,032.68 | 20,806.96 | 21,118.16 | 40,480.22 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 57.25 | | | 57.25 | |
| Manager | 385.25 | | | 385.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001751892 | 2,043.81 |
| **TOTAL:** | **$2,043.81** |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date
12/12/2025

Advice No.
1751892

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $1,968.81 |
| Total: | $2,043.81 |

Deposit Amount:    $2,043.81

To The
Account(s) Of    ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 11/28/2025 | Advice #: | 000000001751891 |
| Philadelphia, PA 19121 | Pay End Date: | 12/04/2025 | Advice Date: | 12/12/2025 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | | | 1,548.13 | 1,193.25 | 52,258.38 | Fed Withholding | 163.11 | 9,275.41 |
| Regular | 44.232300 | -8.00 | -353.86 | | 0.00 | Fed MED/EE | 21.23 | 1,134.65 |
| Vacatn_SL | 44.232300 | 8.00 | 353.86 | 183.50 | 8,043.54 | Fed OASDI/EE | 90.77 | 4,851.60 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 | PA Unempl EE | 1.02 | 54.53 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 | PA Withholding | 44.73 | 2,391.66 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 | City Wage Tax | 58.16 | 3,099.11 |
| Paid Holiday Salaried | | | 0.00 | 85.75 | 3,753.96 | | | |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 | | | |
| Onetime Payment Eligible Staff | | | 0.00 | | 3,220.11 | | | |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 | | | |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 | | | |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 | | | |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 | | | |
| TOTAL: | | 0.00 | 1,548.13 | 1,769.75 | 82,405.34 | TOTAL: | 379.02 | 20,806.96 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | |
|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | |
| HMO5W EE + Partner | 48.24 | 2,362.40 | Voluntary Term Life Emps | 16.62 | 831.00 | |
| Dental - Family | 2.02 | 97.80 | Voluntary Term Life Spouse | 16.62 | 831.00 | |
| Vision VBA - Family | 0.07 | 3.50 | Defined Contri Loan8 Repayment | 214.74 | 10,737.00 | |
| Life AD/D for NR | 0.66 | 32.55 | | | | |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,585.50 | | | | |
| AFLAC - Accident Level 2 | 8.37 | 418.50 | | | | |
| Defined Contribution Plan | 85.15 | 4,218.91 | | | | |
| TOTAL: | 176.22 | 8,719.16 | TOTAL: | 247.98 | 12,399.00 | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |
| YTD | 82,405.34 | 74,032.68 | 20,806.96 | 21,118.16 | 40,480.22 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL | NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| Sick | 57.25 | | | 57.25 | | Advice #000000001751891 | 744.91 |
| Manager | 393.25 | | 8.00 | 385.25 | 350.00 | | |
| Personal L | | | | | 7.00 | | |
| LTD Pension | | | | 20,866.02 | | TOTAL: | $744.91 |

MESSAGE:

Philadelphia Housing Authority    Date              Advice No.
2013 Ridge Avenue                 12/12/2025        1751891
Philadelphia, PA 19121

| DIRECT DEPOSIT DISTRIBUTION | |
|---|---|
| Account Type | Deposit Amount |
| Checking | $75.00 |
| Checking | $669.91 |
| Total: | $744.91 |

Deposit Amount:    $744.91

To The
Account(s) Of    ELIZABETH GARNER-RICKETTS
                 7336 NORTH 19TH STREET
                 PHILADELPHIA, PA 19126

Location: Customer Response Center

# NON-NEGOTIABLE

| Philadelphia Housing Authority<br>2013 Ridge Avenue<br>Philadelphia, PA 19121 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 13-NR Exempt<br>12/05/2025<br>12/11/2025 | Business Unit:<br>Advice #:<br>Advice Date: | PHA<br>000000001753153<br>12/19/2025 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts<br>7336 NORTH 19TH STREET<br>PHILADELPHIA, PA 19126 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 030699<br>601601-Customer Response Center<br>Customer Response Center<br>Mgr - Customer Response Center<br>$80,502.79 Annually | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>1<br>N/A | N/A |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,548.13 | 1,226.25 | 53,718.05 |
| Regular | 44.232300 | -2.00 | -88.46 | | 0.00 |
| Vacatn_SL | 44.232300 | 2.00 | 88.46 | 185.50 | 8,132.00 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 |
| Paid Holiday Salaried | | | 0.00 | 85.75 | 3,753.96 |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 |
| Onetime Payment Eligible Staff | | | 0.00 | | 3,220.11 |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 |
| **TOTAL:** | | **0.00** | **1,548.13** | **1,804.75** | **83,953.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 163.11 | 9,438.52 |
| Fed MED/EE | 21.23 | 1,155.88 |
| Fed OASDI/EE | 90.77 | 4,942.37 |
| PA Unempl EE | 1.02 | 55.55 |
| PA Withholding | 44.73 | 2,436.39 |
| City Wage Tax | 58.16 | 3,157.27 |
| **TOTAL:** | **379.02** | **21,185.98** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO5W EE + Partner | 48.24 | 2,410.64 |
| Dental - Family | 2.02 | 99.82 |
| Vision VBA - Family | 0.07 | 3.57 |
| Life AD/D for NR | 0.66 | 33.21 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,617.21 |
| AFLAC - Accident Level 2 | 8.37 | 426.87 |
| Defined Contribution Plan | 85.15 | 4,304.06 |
| **TOTAL:** | **176.22** | **8,895.38** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 847.62 |
| Voluntary Term Life Spouse | 16.62 | 847.62 |
| Defined Contri Loan8 Repayment | 214.74 | 10,951.74 |
| **TOTAL:** | **247.98** | **12,646.98** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |
| YTD | 83,953.47 | 75,411.64 | 21,185.98 | 21,542.36 | 41,225.13 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 57.25 | | | 57.25 | |
| Manager | 385.25 | | 2.00 | 383.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001753153 | 744.91 |
| **TOTAL:** | **$744.91** |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 12/19/2025

Advice No. 1753153

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $669.91 |
| **Total:** | **$744.91** |

Deposit Amount:   $744.91

To The
Account(s) Of   ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 12/12/2025 | Advice #: | 000000001754170 |
| Philadelphia, PA 19121 | Pay End Date: | 12/18/2025 | Advice Date: | 12/24/2025 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | | | 1,548.13 | 1,245.25 | 54,558.46 |
| Regular | 44.232300 | -16.00 | -707.72 | | 0.00 |
| Vacatn_SL | 44.232300 | 16.00 | 707.72 | 201.50 | 8,839.72 |
| Excess Vacation to Cash | | | 0.00 | 21.50 | 921.06 |
| Funeral Leave | | | 0.00 | 7.00 | 309.63 |
| Administrative Leave With Pay | | | 0.00 | 17.25 | 738.99 |
| Paid Holiday Salaried | | | 0.00 | 85.75 | 3,753.96 |
| Onetime Bonus Eligible Staff | | | 0.00 | | 1,559.38 |
| Onetime Payment Eligible Staff | | | 0.00 | | 3,220.11 |
| Personal Adjustment | | | 0.00 | -1.75 | -77.41 |
| Personal Day Salaried | | | 0.00 | 15.75 | 684.48 |
| Regular - Other Retro Pay | | | 0.00 | | 29.24 |
| Sick Pay Salaried | | | 0.00 | 247.50 | 10,886.57 |
| **TOTAL:** | | 0.00 | 1,548.13 | 1,839.75 | 85,501.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 163.11 | 9,601.63 |
| Fed MED/EE | 21.23 | 1,177.11 |
| Fed OASDI/EE | 90.78 | 5,033.15 |
| PA Unempl EE | 1.02 | 56.57 |
| PA Withholding | 44.73 | 2,481.12 |
| City Wage Tax | 58.16 | 3,215.43 |
| **TOTAL:** | 379.03 | 21,565.01 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO5W EE + Partner | 48.24 | 2,458.88 |
| Dental - Family | 2.02 | 101.84 |
| Vision VBA - Family | 0.07 | 3.64 |
| Life AD/D for NR | 0.66 | 33.87 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 1,648.92 |
| AFLAC - Accident Level 2 | 8.37 | 435.24 |
| Defined Contribution Plan | 85.15 | 4,389.21 |
| **TOTAL:** | 176.22 | 9,071.60 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 864.24 |
| Voluntary Term Life Spouse | 16.62 | 864.24 |
| Defined Contri Loan8 Repayment | 214.74 | 11,166.48 |
| **TOTAL:** | 247.98 | 12,894.96 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.03 | 424.20 | 744.90 |
| YTD | 85,501.60 | 76,790.60 | 21,565.01 | 21,966.56 | 41,970.03 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 66.00 | | | 66.00 | |
| Manager | 383.25 | | 16.00 | 367.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001754170 | 744.90 |
| **TOTAL:** | $744.90 |

**MESSAGE:**

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 12/24/2025

Advice No. 1754170

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $669.90 |
| **Total:** | $744.90 |

Deposit Amount:   $744.90

To The
Account(s) Of   ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 12/19/2025 | Advice #: | 000000001755222 |
| Philadelphia, PA 19121 | Pay End Date: | 12/25/2025 | Advice Date: | 01/02/2026 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | | N/A |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Holiday_SL | 44.232300 | 7.00 | 309.63 | 7.00 | 309.63 |
| SickPay_SL | 44.232300 | 21.00 | 928.87 | 21.00 | 928.87 |
| Vacatn_SL | 44.232300 | 7.00 | 309.63 | 7.00 | 309.63 |
| TOTAL: | | 35.00 | 1,548.13 | 35.00 | 1,548.13 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 163.11 | 163.11 |
| Fed MED/EE | 21.23 | 21.23 |
| Fed OASDI/EE | 90.77 | 90.77 |
| PA Unempl EE | 1.02 | 1.02 |
| PA Withholding | 44.73 | 44.73 |
| City Wage Tax | 58.16 | 58.16 |
| TOTAL: | 379.02 | 379.02 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMO5W EE + Partner | 48.24 | 48.24 |
| Dental - Family | 2.02 | 2.02 |
| Vision VBA - Family | 0.07 | 0.07 |
| Life AD/D for NR | 0.66 | 0.66 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 31.71 |
| AFLAC - Accident Level 2 | 8.37 | 8.37 |
| Defined Contribution Plan | 85.15 | 85.15 |
| TOTAL: | 176.22 | 176.22 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 16.62 |
| Voluntary Term Life Spouse | 16.62 | 16.62 |
| Defined Contri Loan8 Repayment | 214.74 | 214.74 |
| TOTAL: | 247.98 | 247.98 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |
| YTD | 1,548.13 | 1,378.96 | 379.02 | 424.20 | 744.91 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 66.00 | | 21.00 | 45.00 | |
| Manager | 367.25 | | 7.00 | 360.25 | 350.00 |
| Personal L | | | | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000001755222 | 744.91 |
| TOTAL: | $744.91 |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 01/02/2026

Advice No. 1755222

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $669.91 |
| Total: | $744.91 |

Deposit Amount: $744.91

To The Account(s) Of:
ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
|---|---|---|---|---|
| 2013 Ridge Avenue | Pay Begin Date: | 12/26/2025 | Advice #: | 000000001756266 |
| Philadelphia, PA 19121 | Pay End Date: | 01/01/2026 | Advice Date: | 01/09/2026 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| EXCESS_VAC | 44.232300 | 3.25 | 143.75 | 3.25 | 143.75 | Fed Withholdng | 31.63 | 344.94 |
| Administrative Leave With Pay | | | 0.00 | 7.00 | 309.63 | Fed MED/EE | 2.08 | 44.54 |
| Paid Holiday Salaried | | | 0.00 | 14.00 | 619.26 | Fed OASDI/EE | 8.91 | 190.46 |
| Regular Pay | | | 0.00 | 14.00 | 619.24 | PA Unempl EE | 0.10 | 2.14 |
| Sick Pay Salaried | | | 0.00 | 21.00 | 928.87 | PA Withholdng | 4.41 | 93.87 |
| Vacation Pay Salaried | | | 0.00 | 14.00 | 619.26 | City Wage Tax | 5.38 | 121.70 |
| TOTAL: | | 3.25 | 143.75 | 73.25 | 3,240.01 | TOTAL: | 52.51 | 797.65 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|
| Defined Contribution Plan | 0.00 | 170.30 | Defined Contri Loan8 Repayment | 0.00 | 429.48 |
| AFLAC - Accident Level 2 | 0.00 | 16.74 | | | |
| AFLAC Hosp.Low Opt 1500 | 0.00 | 63.42 | Voluntary Term Life Spouse | 0.00 | 33.24 |
| Life AD/D for NR | 0.00 | 1.32 | Voluntary Term Life Emps | 0.00 | 33.24 |
| Vision VBA - Family | 0.00 | 0.14 | | | |
| Dental - Family | 0.00 | 4.04 | | | |
| HMO5W EE + Partner | 0.00 | 96.48 | | | |
| TOTAL: | 0.00 | 352.44 | TOTAL: | 0.00 | 495.96 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 143.75 | 143.75 | 52.51 | 0.00 | 91.24 |
| YTD | 3,240.01 | 2,901.67 | 797.65 | 848.40 | 1,593.96 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 45.00 | | | 45.00 | |
| Manager | 560.00 | | | 560.00 | 350.00 |
| Personal L | 7.00 | | | 7.00 | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| Advice #000000001756266 | 91.24 |
|---|---|
| TOTAL: | $91.24 |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 01/09/2026

Advice No.: 1756266

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $16.24 |
| Total: | $91.24 |

Deposit Amount: $91.24

To The Account(s) Of
ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority<br>2013 Ridge Avenue<br>Philadelphia, PA 19121 | Pay Group: 13-NR Exempt<br>Pay Begin Date: 12/26/2025<br>Pay End Date: 01/01/2026 | Business Unit: PHA<br>Advice #: 000000001756265<br>Advice Date: 01/09/2026 |
|---|---|---|
| Elizabeth Garner-Ricketts<br>7336 NORTH 19TH STREET<br>PHILADELPHIA, PA 19126 | Employee ID: 030699<br>Department: 601601-Customer Response Center<br>Location: Customer Response Center<br>Job Title: Mgr - Customer Response Center<br>Pay Rate: $80,502.79 Annually | TAX DATA: Federal / PA State<br>Marital Status: Single<br>Allowances: 1 / N/A<br>Addl. Pct: N/A<br>Addl. Amt: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular |  |  | 1,548.13 | 14.00 | 619.24 |
| Regular | 44.232857 | -21.00 | -928.89 |  | 0.00 |
| Adm Lv w P | 44.232300 | 7.00 | 309.63 | 7.00 | 309.63 |
| Holiday_SL | 44.232300 | 7.00 | 309.63 | 14.00 | 619.26 |
| Vacatn_SL | 44.232300 | 7.00 | 309.63 | 14.00 | 619.26 |
| Excess Vacation to Cash |  |  | 0.00 | 3.25 | 143.75 |
| Sick Pay Salaried |  |  | 0.00 | 21.00 | 928.87 |
| TOTAL: |  | 0.00 | 1,548.13 | 73.25 | 3,240.01 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 150.20 | 344.94 |
| Fed MED/EE | 21.23 | 44.54 |
| Fed OASDI/EE | 90.78 | 190.46 |
| PA Unempl EE | 1.02 | 2.14 |
| PA Withholding | 44.73 | 93.87 |
| City Wage Tax | 58.16 | 121.70 |
| TOTAL: | 366.12 | 797.65 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| HMOSW EE + Partner | 48.24 | 96.48 |
| Dental - Family | 2.02 | 4.04 |
| Vision VBA - Family | 0.07 | 0.14 |
| Life AD/D for NR | 0.66 | 1.32 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 63.42 |
| AFLAC - Accident Level 2 | 8.37 | 16.74 |
| Defined Contribution Plan | 85.15 | 170.30 |
| TOTAL: | 176.22 | 352.44 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary Term Life Emps | 16.62 | 33.24 |
| Voluntary Term Life Spouse | 16.62 | 33.24 |
| Defined Contri Loan8 Repayment | 214.74 | 429.48 |
| TOTAL: | 247.98 | 495.96 |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.13 | 1,378.96 | 366.12 | 424.20 | 757.81 |
| YTD | 3,240.01 | 2,901.67 | 797.65 | 848.40 | 1,593.96 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
|---|---|---|---|---|---|
| Sick | 45.00 |  |  | 45.00 |  |
| Manager | 567.00 |  | 7.00 | 560.00 | 350.00 |
| Personal L | 7.00 |  |  | 7.00 | 7.00 |
| LTD Pension |  |  |  | 20,866.02 |  |

**NET PAY DISTRIBUTION**
Advice #000000001756265  757.81
TOTAL: $757.81

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 01/09/2026      Advice No. 1756265

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Deposit Amount |
|---|---|
| Checking | $75.00 |
| Checking | $682.81 |
| Total: | $757.81 |

Deposit Amount: $757.81

To The Account(s) Of:
ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE

| Philadelphia Housing Authority | Pay Group: | 13-NR Exempt | Business Unit: | PHA |
| --- | --- | --- | --- | --- |
| 2013 Ridge Avenue | Pay Begin Date: | 01/02/2026 | Advice #: | 000000001757319 |
| Philadelphia, PA 19121 | Pay End Date: | 01/08/2026 | Advice Date: | 01/16/2026 |

| | | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- | --- |
| Elizabeth Garner-Ricketts | Employee ID: | 030699 | Marital Status: | Single | |
| 7336 NORTH 19TH STREET | Department: | 601601-Customer Response Center | Allowances: | 1 | N/A |
| PHILADELPHIA, PA 19126 | Location: | Customer Response Center | Addl. Pct: | N/A | |
| | Job Title: | Mgr - Customer Response Center | Addl. Amt: | | |
| | Pay Rate: | $80,502.79 Annually | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular | | | 1,548.13 | 42.00 | 1,857.74 |
| Regular | 44.232300 | -7.00 | -309.63 | | 0.00 |
| Prsonal_SL | 44.232300 | 7.00 | 309.63 | 7.00 | 309.63 |
| Excess Vacation to Cash | | | 0.00 | 3.25 | 143.75 |
| Administrative Leave With Pay | | | 0.00 | 7.00 | 309.63 |
| Paid Holiday Salaried | | | 0.00 | 14.00 | 619.26 |
| Sick Pay Salaried | | | 0.00 | 21.00 | 928.87 |
| Vacation Pay Salaried | | | 0.00 | 14.00 | 619.26 |
| **TOTAL:** | | 0.00 | 1,548.13 | 108.25 | 4,788.14 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Fed Withholdng | 150.20 | 495.14 |
| Fed MED/EE | 21.23 | 65.77 |
| Fed OASDI/EE | 90.78 | 281.24 |
| PA Uncmpl EE | 1.02 | 3.16 |
| PA Withholdng | 44.73 | 138.60 |
| City Wage Tax | 58.16 | 179.86 |
| **TOTAL:** | 366.12 | 1,163.77 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| HMO5W EE + Partner | 48.24 | 144.72 |
| Dental - Family | 2.02 | 6.06 |
| Vision VBA - Family | 0.07 | 0.21 |
| Life AD/D for NR | 0.66 | 1.98 |
| AFLAC Hosp.Low Opt 1500 | 31.71 | 95.13 |
| AFLAC - Accident Level 2 | 8.37 | 25.11 |
| Defined Contribution Plan | 85.15 | 255.45 |
| **TOTAL:** | 176.22 | 528.66 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Voluntary Term Life Emps | 16.62 | 49.86 |
| Voluntary Term Life Spouse | 16.62 | 49.86 |
| Defined Contri Loan8 Repayment | 214.74 | 644.22 |
| **TOTAL:** | 247.98 | 743.94 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 1,548.13 | 1,378.96 | 366.12 | 424.20 | 757.81 |
| YTD | 4,788.14 | 4,280.63 | 1,163.77 | 1,272.60 | 2,351.77 |

| LEAVE DESCR | BEG BAL | EARNED | USED | END BAL | MAX BAL |
| --- | --- | --- | --- | --- | --- |
| Sick | 45.00 | | | 45.00 | |
| Manager | 560.00 | | | 560.00 | 350.00 |
| Personal L | 7.00 | | 7.00 | | 7.00 |
| LTD Pension | | | | 20,866.02 | |

### NET PAY DISTRIBUTION

| Advice #000000001757319 | 757.81 |
| --- | --- |
| **TOTAL:** | **$757.81** |

MESSAGE:

Philadelphia Housing Authority
2013 Ridge Avenue
Philadelphia, PA 19121

Date: 01/16/2026

Advice No. 1757319

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Deposit Amount |
| --- | --- |
| Checking | $75.00 |
| Checking | $682.81 |
| Total: | $757.81 |

Deposit Amount: $757.81

To The Account(s) Of

ELIZABETH GARNER-RICKETTS
7336 NORTH 19TH STREET
PHILADELPHIA, PA 19126

Location: Customer Response Center

## NON-NEGOTIABLE