**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin & Elizabeth Ricketts  : Bankruptcy No. 26-10022

                                    :

                                    :

          DEBTOR                    :   Chapter 13

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Chapter 13 Plan

 I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 2/18/26          /Zachary Perlick/
                       Zachary Perlick, Esquire
                       1420 Walnut Street, Suite 718
                       Philadelphia, PA  19102
                       (215) 569-2922
                       zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street
Suite 725
Philadelphia, PA 19106-2607
philalaw@aol.com
Creditor

Via: X CM/ECF     ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF     ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF     ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF     ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Kevin and Elizabeth Ricketts
7336 N. 19th Street
Philadelphia, PA 19126-1542
Debtor

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Best Buy/CBNA**
5800 South Corporate Place
Sioux Falls, SD 57108

(15089649)
(cr)

**Capital One**
P.O. Box 85617
Richmond, VA 23276-0001

(15089650)
(cr)

**Capital One**
P.O. Box 31293
Dallas, TX 75372-9080

(15089651)
(cr)

**Capital One Auto Finance**
POB 60511
City of Industry, CA 91716-0511

(15089652)
(cr)

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15090729)
(ntcapr)

**Capital One Auto Finance, a division of Capital On**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15100276)
(cr)

**Capital One Bank USA**
POB 31293
Salt Lake City, UT 84131-1293

(15089653)
(cr)

**Comenity Bank**
PO Box 182789
Columbus, OH 43218-2789

(15089654)
(cr)

**Comenity Bank-Bed Bath & Beyond**
PO Box 183003
Columbus, OH 43218-3003

(15089655)
(cr)

**Comenity Bank-Caesars Rewards**
PO Box 182789
Columbus, OH 43218-2789

(15089656)
(cr)

**Comenity Bank-Sakscc**
PO Box 182789
Columbus, OH 43218-2789

(15089657)
(cr)

**Comenity Bank/Ashstwt**
PO Box 182789
Columbus, OH 43218-2789

(15089658)
(cr)

(15089659)

**Comenity Bank/Caesars Rewards**
POB 182789
Columbus, OH 43218-2789

(cr)

**Comenity Bank/Lane Bryant**
PO Box 182789
Columbus, OH 43218-2789

(15089660)
(cr)

**Jefferson Capital, LLC**
200 14th Ave. E.
Sartell, MN 56377

(15089661)
(cr)

**Jefferson Health**
POB 785992
Philadelphia, PA 19178-5992

(15089662)
(cr)

**Macy's/Citibank**
PO Box 6789
Sioux Falls, SD 57117-6789

(15089663)
(cr)

**Midfirst Bank**
c/o Matthew Fissel, Esq
701 Market Street, Ste 5000
Philadelphia, PA 19106-1532

(15094319)
(ntcapr)

**Midland Credit Management**
320 E. Beaver Road
Suite 300
Troy, MI 48083-1271

(15089664)
(cr)

**Midland Credit Management, Inc.**
8875 Aero Drive
Suite 200
San Diego, CA 92123

(15089665)
(cr)

**Midland Mortgage**
POB 268806
Oklahoma City, OK 73126-8806

(15089666)
(cr)

**Nationstar Mortgage**
d/b/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

(15089667)
(cr)

**Navy Federal Credit Union**
POB 3700
Merrifield, VA 22119-3700

(15089669)
(cr)

(15089668)
(cr)

**Nordstrom Card Services**
POB 6566
Englewood, CO 80155-6566

(15089670)
(cr)

**Nordstrom Card Services-TD Bank**
8502 E. Princes Drive
Suite 150
Scottsdale, AZ 85255-5488

(15089671)
(cr)

**Nordstrom/TD Bank**
8502 E. Princess Drive
Suite 150
Scottsdale, AZ 85255-5488

(15089672)
(cr)

**Pinnacle Credit Services, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15092029)
(cr)

**Police & Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020

(15092683)
(cr)

**Police & Fire Federal Credit Union**
901 Arch Street
Philadelphia, PA 19107-2495

(15089673)
(cr)

**Sunoco, CBNA**
5800 South Corporate Place
Sioux Falls, SD 57108

(15089674)
(cr)

**Sunoco, Inc.**
POB 78056
Phoenix, AZ 85062-8056

(15089675)
(cr)

**Synchrony Bank**
Attn. Bankruptcy Dept.                                    (15089684)
POB 71783                                                (cr)
Philadelphia, PA 19176

**Temple Health**
POB 23295                                                (15089685)
New York, NY 10087-4295                                  (cr)

**THD/CBNA**
5800 South Corporate Place                               (15089686)
Sioux Falls, SD 57108                                    (cr)

**U.S. Bank National Association**
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP    (15091149)
325 Chestnut Street, Suite 725                           (ntcapr)
Philadelphia, PA 19106

**U.S. Bank National Association, et al.**
Rocket Mortgage, LLC
Bankruptcy Department                                    (15102782)
PO Box 619096                                            (cr)
Dallas TX 75261-9741

**U.S. Department of Housing and Urban Development**
801 Market Street                                        (15090598)
12th Floor                                               (cr)
Philadelphia,, PA 19107

**Water Revenue Bureau**
Law Department, Enforecment Div.                         (15089687)
1515 Arch Street, 15th Fl.                               (cr)
Philadelphia, PA 19102-1508