### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kevin L. Ricketts
      Elizabeth Ricketts aka Elizabeth Garner
              Debtor(s)

MIDFIRST BANK, its successors and/or assigns
              Movant
      vs.

Kevin L. Ricketts
Elizabeth Ricketts aka Elizabeth Garner
              Debtor(s)

Kenneth E. West
              Trustee

CHAPTER 13

NO. 26-10022 DJB

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about February 11, 2026.

Dated: February 26, 2026

                         Respectfully submitted,

                         /s/ Matthew Fissel
                         Matthew Fissel, Esq.
                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA  19106
                         Phone: (215)-627-1322
                         mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:Kevin L. Ricketts Elizabeth Ricketts aka Elizabeth Garner**<br><br>**Debtor(s)** | **BK NO. 26-10022 DJB**<br><br>**Chapter 13** |
| **MIDFIRST BANK**<br><br>**Movant**<br>**vs.**<br><br>**Kevin L. Ricketts Elizabeth Ricketts aka Elizabeth Garner**<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br><br>**Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 2/26/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 2/26/2026

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Kevin L. Ricketts<br>7336 North 19th Street<br>Philadelphia, PA 19126<br><br>Elizabeth Ricketts aka Elizabeth Garner<br>7336 North 19th Street<br>Philadelphia, PA 19126 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Zachary Perlick, Esq.<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 | Attorney for Debtors | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |