United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10022-djb |
| Kevin L. Ricketts | Chapter 13 |
| Elizabeth Ricketts | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 23, 2026 | Form ID: 155 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kevin L. Ricketts, Elizabeth Ricketts, 7336 N. 19th Street, Philadelphia, PA 19126-1542 |
| 15089651 | | Capital One, P.O. Box 31293, Dallas, TX 75372-9080 |
| 15094319 | + | Midfirst Bank, c/o Matthew Fissel, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 15089664 | | Midland Credit Management, 320 E. Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15089685 | | Temple Health, POB 23295, New York, NY 10087-4295 |
| 15091149 | + | U.S. Bank National Association, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, 325 Chestnut Street, Suite 725, Philadelphia, PA 19106-2607 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15089649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 02:29:08 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15089687 | | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | Water Revenue Bureau, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 15089650 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 02:28:59 | Capital One, P.O. Box 85617, Richmond, VA 23276-0001 |
| 15089652 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 24 2026 02:28:56 | Capital One Auto Finance, POB 60511, City of Industry, CA 91716-0511 |
| 15090729 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 02:29:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15100276 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2026 02:29:05 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15089653 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 02:28:59 | Capital One Bank USA, POB 31293, Salt Lake City, UT 84131-0293 |
| 15110264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2026 02:28:57 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15089654 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15089655 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenity Bank-Bed Bath & Beyond, PO Box 183003, Columbus, OH 43218-3003 |
| 15089656 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenity Bank-Caesars Rewards, PO Box 182789, Columbus, OH 43218-2789 |
| 15089657 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2026 02:29:00 | Comenity Bank-Sakscc, PO Box 182789, Columbus, OH 43218-2789 |

District/off: 0313-2                          User: admin                                    Page 2 of 4
Date Rcvd: Apr 23, 2026                      Form ID: 155                                    Total Noticed: 47

| 15089658 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 24 2026 02:29:00 | Comenity Bank/Ashstwt, PO Box 182789, Columbus, OH 43218-2789 |
| 15089660 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 24 2026 02:29:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 15108179 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 24 2026 02:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15089661 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 24 2026 02:30:00 | Jefferson Capital, LLC, 200 14th Ave. E., Sartell, MN 56377-4500 |
| 15089662 | ^ | MEBN | | |
| | | | Apr 24 2026 02:25:16 | Jefferson Health, POB 785992, Philadelphia, PA 19178-5992 |
| 15112037 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 24 2026 02:29:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111014 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Apr 24 2026 02:29:05 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15089663 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 24 2026 02:29:07 | Macy's/Citibank, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15105152 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15089665 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15089666 | ^ | MEBN | | |
| | | | Apr 24 2026 02:25:13 | Midland Mortgage, POB 268806, Oklahoma City, OK 73126-8806 |
| 15089667 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Apr 24 2026 02:29:00 | Nationstar Mortgage, d/b/a Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15089668 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Apr 24 2026 02:30:00 | Navy Federal Credit Union, POB 3000, Merrifield, VA 22119-3000 |
| 15089669 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Apr 24 2026 02:30:00 | Navy Federal Credit Union, POB 3700, Merrifield, VA 22119-3700 |
| 15089670 | | Email/Text: bankruptcy@td.com | | |
| | | | Apr 24 2026 02:29:00 | Nordstrom Card Services, POB 6566, Englewood, CO 80155-6566 |
| 15089671 | | Email/Text: bankruptcy@td.com | | |
| | | | Apr 24 2026 02:29:00 | Nordstrom Card Services-TD Bank, 8502 E. Princes Drive, Suite 150, Scottsdale, AZ 85255-5488 |
| 15108157 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 24 2026 02:30:00 | Nordstrom, Inc., Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15089672 | | Email/Text: bankruptcy@td.com | | |
| | | | Apr 24 2026 02:29:00 | Nordstrom/TD Bank, 8502 E. Princess Drive, Suite 150, Scottsdale, AZ 85255-5488 |
| 15092029 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 24 2026 02:29:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15089673 | | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Apr 24 2026 02:29:00 | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15092683 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Apr 24 2026 02:29:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15111218 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 24 2026 02:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15111219 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 24 2026 02:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15089674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 24 2026 02:29:07 | Sunoco, CBNA, 5800 South Corporate Place, |

District/off: 0313-2 User: admin Page 3 of 4

Date Rcvd: Apr 23, 2026 Form ID: 155 Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Sioux Falls, SD 57108-5027 |
| 15089675 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 02:29:02 | Sunoco, Inc., POB 78056, Phoenix, AZ 85062-8056 |
| 15089684 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 24 2026 02:29:05 | Synchrony Bank/TJX, Attn. Bankruptcy Dept., POB 71783, Philadelphia, PA 19176-1783 |
| 15089686 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 24 2026 02:29:08 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15102782 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 24 2026 02:29:00 | U.S. Bank National Association, et al., Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 15090598 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Apr 24 2026 02:29:05 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia,, PA 19107 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15089677 | | Philadelphia, PA 19176 |
| 15089679 | | Philadelphia, PA 19176 |
| 15089681 | | Philadelphia, PA 19176 |
| 15089683 | | Philadelphia, PA 19176 |
| 15089676 | | Synchrony Bank, Attn. Bankruptcy Dept. POB 71783 |
| 15089678 | | Synchrony Bank-Mavis Tire, Attn. Bankruptcy Dept. POB 71783 |
| 15089680 | | Synchrony Bank/Sams, Attn. Bankruptcy Dept. POB 71783 |
| 15089682 | | Synchrony Bank/Sams Club, Attn. Bankruptcy Dept. POB 71783 |
| 15089659 | * | Comenity Bank/Caesars Rewards, POB 182789, Columbus, OH 43218-2789 |
| 15107254 | * | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 8 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026 Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill philalaw@aol.com, mccallaecf@ecf.courtdrive.com |

District/off: 0313-2                        User: admin                                Page 4 of 4
Date Rcvd: Apr 23, 2026                     Form ID: 155                               Total Noticed: 47

MATTHEW K. FISSEL
                        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                        on behalf of Joint Debtor Elizabeth Ricketts Perlick@verizon.net
                        pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
                        on behalf of Debtor Kevin L. Ricketts Perlick@verizon.net
                        pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kevin L. Ricketts | ) | Case No. 26−10022−djb |
| | ) | |
| | ) | |
| Elizabeth Ricketts | ) | Chapter: 13 |
| aka Elizabeth Garner | ) | |
| Debtor(s). | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 23, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court