**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **KEVIN & ELIZABETH RICKETTS**    :    **CHAPTER 13**

                                       :

                                       :

    **DEBTOR**    :**Bankruptcy No. 26-10022**

## <u>CERTIFICATION OF SERVICE</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Motion to Modify Plan

- Motion to Modify Plan

- Modified Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 7/15/26           <u>/Zachary Perlick/</u>
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922
                        zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

City of Philadelphia
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102
megan.harper@phila.gov
Creditor

Via: ___CM/ECF   ___1st Class Mail __Certified Mail ___X_e-mail:___ __   Other:

MARK A. CRONIN
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street
Suite 725
Philadelphia, PA 19106-2607
215-402-6989
philalaw@aol.com
Creditor

Via: ___CM/ECF   ___1st Class Mail __Certified Mail ___X_e-mail:___ __   Other:

MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __   Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __   Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __   Other:

Kevin and Elizabeth Ricketts
7336 N. 19th Street
Philadelphia, PA 19126-1542
Debtor

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Best Buy/CBNA**
5800 South Corporate Place
Sioux Falls, SD 57108

(15089649)
(cr)

**Capital One**
P.O. Box 85617
Richmond, VA 23276-0001

(15089650)
(cr)

**Capital One**
P.O. Box 31293
Dallas, TX 75372-9080

(15089651)
(cr)

**Capital One Auto Finance**
POB 60511
City of Industry, CA 91716-0511

(15089652)
(cr)

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15090729)
(ntcapr)

**Capital One Auto Finance, a division of Capital On**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(15100276)
(cr)

**Capital One Bank USA**
POB 31293
Salt Lake City, UT 84131-1293

(15089653)
(cr)

**Citibank N.A.**
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

(15110264)
(cr)

**Comenity Bank**
PO Box 182789
Columbus, OH 43218-2789

(15089654)
(cr)

**Comenity Bank-Bed Bath & Beyond**
PO Box 183003
Columbus, OH 43218-3003

(15089655)
(cr)

**Comenity Bank-Caesars Rewards**
PO Box 182789
Columbus, OH 43218-2789

(15089656)
(cr)

**Jefferson Capital Systems, LLC**
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(15108179)
(cr)

**Jefferson Capital, LLC**
200 14th Ave. E.
Sartell, MN 56377

(15089661)
(cr)

**Jefferson Health**
POB 785992
Philadelphia, PA 19178-5992

(15089662)
(cr)

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15112037)
(cr)

**Macy's/Citibank**
PO Box 6789
Sioux Falls, SD 57117-6789

(15089663)
(cr)

**Midfirst Bank**
c/o Matthew Fissel, Esq
701 Market Street, Ste 5000
Philadelphia, PA 19106-1532

(15094319)
(ntcapr)

**MIDFIRST BANK**
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118

(15111014)
(cr)

**Midland Credit Management**
320 E. Beaver Road
Suite 300
Troy, MI 48083-1271

(15089664)
(cr)

**Midland Credit Management, Inc.**
8875 Aero Drive
Suite 200
San Diego, CA 92123

(15089665)
(cr)

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

(15105152)
(cr)

(15089666)
(cr)

**Midland Mortgage**
POB 268806
Oklahoma City, OK 73126-8806

**Nationstar Mortgage**
d/b/a Mr. Cooper                                              (15089667)
8950 Cypress Waters Blvd.                                     (cr)
Coppell, TX 75019

**Navy Federal Credit Union**                                (15089669)
POB 3700                                                     (cr)
Merrifield, VA 22119-3700

**Navy Federal Credit Union**                                (15107254)
P.O. Box 3000                                               (cr)
Merrifield, VA 22119-3000

**Nordstrom Card Services**                                  (15089670)
POB 6566                                                    (cr)
Englewood, CO 80155-6566

**Nordstrom Card Services-TD Bank**
8502 E. Princes Drive                                        (15089671)
Suite 150                                                    (cr)
Scottsdale, AZ 85255-5488

**Nordstrom, Inc.**
Jefferson Capital Systems, LLC Assignee                      (15108157)
Po Box 7999                                                  (cr)
St. Cloud, MN 56302-9617

**Nordstrom/TD Bank**
8502 E. Princess Drive                                       (15089672)
Suite 150                                                    (cr)
Scottsdale, AZ 85255-5488

**Pinnacle Credit Services, LLC**
Resurgent Capital Services                                   (15092029)
PO Box 10587                                                 (cr)
Greenville, SC 29603-0587

**Police & Fire Federal Credit Union**                       (15089673)
901 Arch Street                                              (cr)
Philadelphia, PA 19107-2495

| | |
|---|---|
| **Police & Fire Federal Credit Union**<br>One Greenwood Square<br>3333 Street Road<br>Bensalem, PA 19020 | (15092683)<br>(cr) |
| **Quantum3 Group LLC as agent for**<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (15111218)<br>(cr) |
| **Sunoco, CBNA**<br>5800 South Corporate Place<br>Sioux Falls, SD 57108 | (15089674)<br>(cr) |
| **Sunoco, Inc.**<br>POB 78056<br>Phoenix, AZ 85062-8056 | (15089675)<br>(cr) |
| **Synchrony Bank**<br>Attn. Bankruptcy Dept.<br>POB 71783<br>Philadelphia, PA 19176 | (15089676)<br>(cr) |
| **Synchrony Bank-Mavis Tire**<br>Attn. Bankruptcy Dept.<br>POB 71783<br>Philadelphia, PA 19176 | (15089678)<br>(cr) |
| **Synchrony Bank/Sams Club**<br>Attn. Bankruptcy Dept.<br>POB 71783<br>Philadelphia, PA 19176 | (15089682)<br>(cr) |
| **Synchrony Bank/TJX**<br>Attn. Bankruptcy Dept.<br>POB 71783<br>Philadelphia, PA 19176 | (15089684)<br>(cr) |
| **Temple Health**<br>POB 23295<br>New York, NY 10087-4295 | (15089685)<br>(cr) |

**THD/CBNA**
5800 South Corporate Place
Sioux Falls, SD 57108

(15089686)
(cr)

**U.S. Bank National Association**
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

(15091149)
(ntcapr)

**U.S. Bank National Association, et al.**
Rocket Mortgage, LLC
Bankruptcy Department
PO Box 619096
Dallas TX 75261-9741

(15102782)
(cr)

**U.S. Department of Housing and Urban Development**
801 Market Street
12th Floor
Philadelphia,, PA 19107

(15090598)
(cr)

**Water Revenue Bureau**
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508

(15089687)
(cr)

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
Tax Litigation & Collections Unit
Bankruptcy Division, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

(15159861)
(cr)