IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **KEVIN & ELIZABETH RICKETTS** | : **CHAPTER 13** |
| | | : |
| | | : |
| | **DEBTORS** | :**Bankruptcy No. 26-10022** |

# **O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #34)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The Debtor's Amended Chapter 13 Plan (**Doc. #36)** is **APPROVED**.

**Date:** **August 13, 2026**

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**